# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Arthur Fredrick Lute, III

                V.

California Dept of Corrections;
George Neotti, Warden

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09CV2501-DMS-WMc

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court grants Petitioner's request to proceed in forma pauperis and dismisses this action without prejudice because Petitioner has failed to allege exhaustion of state judicial remedies.

| December 16, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/L Odierno |
| | (By) Deputy Clerk |
| | ENTERED ON December 16, 2009 |